AO 440 (Rev. 12/09) Summons in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COQUI TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. **17-777** |
| ) | |
| GYFT, INC., ) | |
| ) | |
| Defendant. ) | |

### Summons in a Civil Action

To: Gyft, Inc.
c/o Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen B. Brauerman
Sara E. Bussiere
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 19 2017
DATE

DEPUTY CLERK'S SIGNATURE

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.  17-777

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* GYFT, INC.

was received by me on *(date)* 6/20/17

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (AUTHORIZED PERSON AT REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* GYFT, INC.
C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808  on *(date)* 6/20/17

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: JUNE 20, 2017

*Server's signature*

KEVIN S. DUNN    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT FOR PATENT
INFRINGEMENT; CIVIL COVER SHEET; EXHIBITS