**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COQUI TECHNOLOGIES, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 17-777-JFB-SRF |
| GYFT, INC., | JURY TRIAL DEMANDED |
| Defendant. | |
| COQUI TECHNOLOGIES, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 17-778-JFB-SRF |
| TRANSACTION WIRELESS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Coqui Technologies, LLC ("Plaintiff") submits this Response to Defendants Gyft, Inc. and Transaction Wireless, Inc.'s (collectively "Defendants") Notice of Supplemental Authority in support of their Motion to Dismiss for Failure to State a Claim (Dkt. No. 10) ("Motion").

Contrary to Defendants' misinterpretation, the Federal Circuit's latest decision in *Secured Mail Solutions LLC v. Universal Wilde, Inc.*, No. 2016-1728 (Fed. Cir. 2017) ("*Universal Wilde*") actually supports Plaintiff's submission that the claimed invention of '864 Patent is not an abstract idea. *Universal Wilde* identifies several examples where patents are directed toward improvement in computer functionality, a known category of eligible inventions for patents.

1

*Universal Wilde* at 8. Examples include claims "directed to a new barcode format, ***an improved method of generating or scanning barcodes***, or similar improvements in computer functionality." (emphasis added) *Id*. As detailed in Plaintiff's Response and Sur-Reply, the '864 Patent inventions revolutionize the use of traditional barcode system by providing an improved method of generating and scanning barcodes on a mobile device as a multimedia message. The '842 Patent at Claim 1. The technology made possible in the '842 Patent eliminates the use of traditional barcodes as it generates barcodes anywhere and anytime.

The invention in *Universal Wilde* case is very similar to the one in *Return Mail, Inc. v. United States Postal Service*, No. 2016-1502, 2017 U.S. App. Lexis 16364 (Fed. Cir. Aug. 28, 2017), which Plaintiff has fully distinguished in its Sur-Reply. The inventions in *Universal Wilde* are "not directed to specific details of the barcode or the equipment for generating and processing it." *Universal Wilde* at 8. On the contrary, the '842 Patent invention improves the functioning of the barcode system itself. It is an inventive concept confirmed by the Federal Circuit in *Universal Wilde*.

BAYARD, P.A.

OF COUNSEL:

Timothy Wang
Hao Ni
Neal G. Massand
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
(972) 331-4600
twang@nilawfirm.com
hni@nilawfirm.com
nmassand@nilawfirm.com

*/s/ Sara E. Bussiere*
Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*
*Coqui Technologies LLC*