# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COQUI TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>GYFT, INC.,<br><br>        Defendant. | C.A. No.: 17-777-CFC-SRF<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(2), by Plaintiff Coqui Technologies, LLC ("Plaintiff") and Defendant Gyft, Inc., ("Defendant"), through their undersigned attorneys, and subject to the approval of the Court, that all claims in this action between Plaintiff and Defendant are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

February 22, 2019

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (sb4952)<br>Sara E. Bussiere (sb5725)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19899<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com | */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Neal G. Massand<br>Hao Ni<br>Timothy Wang<br>Ni, Wang & Massand, PLLC<br>8140 Walnut Hill Ln., Ste. 310<br>Dallas, TX 75231<br>(972) 331-4600<br>nmassand@nilawfirm.com<br>hni@nilawfirm.com<br>twang@nilawfirm.com<br><br>**_ATTORNEYS FOR PLAINTIFF COQUI TECHNOLOGIES, LLC_** | David C. Marcus<br>Jason F. Choy<br>WILMER CUTLER PICKERING HALE AND DORR<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>(213) 443-5300<br><br>Gregory H. Lantier<br>WILMER CUTLER PICKERING HALE AND DORR<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>**_ATTORNEYS FOR DEFENDANT GYFT, INC._** |

IT IS SO ORDERED this ____ day of _____.

                                                                       _____
                                                                       United States District Judge